FILED
2005 Jul-11 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| v. | } |
| | } CASE NO. |
| STEVE RANDY HOLLAND | } |
| | } CR-94-AR-263-NE |

### ORDER

After proof reading and slight editing, the memorandum opinion entered on July 8, 2005, is AMENDED so that it shall read as attached hereto.

DONE this 11th day of July, 2005.

_/s/ William M. Acker, Jr._
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE